**BROWN AND SEELYE , PLLC**
**ELLEN ANN BROWN, WSB#279**
**SUSAN H. SEELYE, WSB#2882**
**744 S. FAWCETT**
**(253) 573-1958**
**1-866-422-6196 Toll free fax**

LODGED: Order not necessary. Per 502(a) late filed claim deemed allowed if no objections; *see In re Person Smith,* No. 09-43823, 2010 WL 5018379 (Bankr. W.D. Wash Dec. 3,2010)

BRIAN D LYNCH
E: April 13, 2011
TIME: 1:30 PM
E: April 6, 2011
Tacoma, WA

_____ FILED
__X__ LODGED
_____ RECEIVED

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT COURT OF WASHINGTON**

**MARK L. HATCHER**
**CLERK U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

Re:                                          )
                                             )       In Chapter 13 Proceeding
ROBERT ALLEN EBELING            )       No.  10-43739
CYNTHIA EBELING                   )
            Debtor(s)                 )
                                             )       **ORDER ALLOWING LATE FILED**
                                             )       **CLAIM OF JANYCE GROHS**
                                             )
                                             )
_____ )

The above-named debtor(s) by and through their attorneys Ellen Ann Brown and Susan H Seelye, having

moved the court to allow the late filed claim of Janyce Grohs, the parties having been served with the

Motion and Notice of Hearing and there having been no objections to such Motion, although the time for

filing such objection has passed, wherefore, it is hereby

**ORDERED** that the claim of Janyce Grohs is allowed.

By: _____
        Honorable Brian D Lynch

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney at Law

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958
Fax 253-274-1200